3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

DEC 0 8 2003

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA     )
                                    )
                                    )      B-03-221.
          -vs-                   )      DOCKET NO. 1:00CR00403-002
                                      )
                                      )
MARK ANTHONY MARTINEZ,     )
                Movant    )

## DECLARATION OF MAILING
## PURSUANT TO 28 U.S.C. §1746

I, **MARK ANTHONY MARTINEZ, pro se,** do hereby declare and
affirm that I am an inmate housed at the U. S. Penitentiary-Pollock,
P. O. Box 2099, Pollock, Louisiana 71467; that said institution
maintains a mailbox located on the prison compound specifically
designated for the mailing of legal mail by inmates; that on
December 3 , at about 7:30 P.M., I placed a package in the aforesaid
legal mailbox containing the original and two copies of a Motion
to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C.
§2255, and accompanying documents, addressed to The Honorable Hilda
G. Tagle, U. S. District Court Judge, Southern District of Texas,
Brownsville Division, 3041 Federal Building, 600 E. Harrison Street,
Brownsville, Texas 78520-7114; that it was necessary to mail such
documents to the U. S. District Court Judge based upon problems
with mailing the documents to the Clerk of Court; that first-class
postage was prepaid and duly affixed to the outside of the envelope
containing the foregoing documents sufficient to constitute pre-
payment of first-class postage and certified mail, return receipt
requested; and that I have complied in all other respects with the
legal requirements for having my motion deemed filed on October 29,
2003, when the motion and other documents were mailed to the Clerk

- 2 -

and returned to the movant.

I, **MARK ANTHONY MARTINEZ**, pro se, do hereby declare and affirm, under the penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing representations of fact are true and correct to the best of my knowledge and belief.

**EXECUTED** this 3rd day of December, 2003.

*Mark Anthony Martinez*

**MARK ANTHONY MARTINEZ**