United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JAN 0 8 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARK ANTHONY MARTINEZ | * | |
| VS | * | C.A. NO. B-03-221 |
| | | (Cr. No. B00-403-02) |
| UNITED STATES OF AMERICA | * | |

## O R D E R

Pursuant to 28 U.S.C. §§ 1914 and 1915, the Petitioner is hereby ORDERED to pay the filing fee or file an Application to Proceed Without Prepayment of Fees and Affidavit before he can proceed in this cause of action.

The Clerk of Court is hereby ORDERED to send the Petitioner the Application to Proceed Without Prepayment of Fees and Affidavit.

DONE at Brownsville, Texas, on this 8th day of January 2004.

Felix Recio
United States Magistrate Judge