UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 23 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARK ANTHONY MARTINEZ, | § | |
| Petitioner | § | |
| | § | |
| v. | § | Civil Action No. B-03-221 |
| | § | (Crim. No. B-00-403-02) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

On January 8, 2004, this Court issued an order directing petitioner Mark Anthony Martinez to either pay the required filing fee or, alternatively, to submit an application to proceed without prepayment of fees. As of today, February 23, 2004, no response has been received by the Court or the district clerk's office. This case should not have been allowed to proceed without either the filing fee being received by the district clerk or an application to proceed without prepayment of fees being submitted. If no response is received in this matter by March 20, 2004, this case will be placed on the dismissal docket.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 23rd day of February, 2004.

Felix Recio
United States Magistrate Judge