United States District Court
Southern District of Texas
ENTERED

APR 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARK ANTHONY MARTINEZ, Petitioner | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-221 (CRIM. NO. B-00-403-02) |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER

(1) The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before June 1, 2004. Said response shall include any relevant transcripts and the sentencing record.

(2) In addition, the Court would like to take this opportunity to inform the Petitioner that his application to proceed without prepayment of fees has been received by the clerk's office and is now properly on file (See Docket No. 7). In short, Petitioner has complied with this Court's orders dated January 8, 2004 (Docket No. 5), and February, 23, 2004 (Docket No. 6).

(3) Having considered the above-referenced application to proceed without prepayment of fees, the Court is of the opinion that Petitioner's application (Docket No. 7) should be, and is hereby GRANTED.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this _____ day of April, 2004.

Felix Recio
United States Magistrate Judge