UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Respondent,<br><br>v.<br><br>MARK ANTHONY MARTINEZ,<br>　　　　Petitioner. | §<br>§<br>§　CIVIL ACTION NO. B-03-221<br>§　(CRIM. ACTION NO. B-03-403-02)<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is therefore ORDERED, ADJUDGED, and DECREED that the United States' Motion to Dismiss (Docket No. 10) is GRANTED and the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 1) is hereby DENIED.

DONE at Brownsville, Texas this _____ day of _____, 2005.


　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hilda Tagle
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge