UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 1 2 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk D. Chumada

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Respondent, | § | |
| | § | CIVIL ACTION NO. B-03-221 |
| v. | § | (CRIM. ACTION NO. B-03-403-02) |
| | § | |
| MARK ANTHONY MARTINEZ, | § | |
| Petitioner. | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Magistrate Judge's Report and Recommendation in the above referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is therefore ORDERED, ADJUDGED, and DECREED that the United States' Motion to Dismiss (Docket No. 10) is GRANTED and the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 1) is hereby DENIED.

DONE at Brownsville, Texas this 11 day of January, 2005.

_____
Hilda Tagle
United States District Judge